USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
HAPAG-LLOYD AKTIENGESELLSCHAFT,

                   Plaintiff,          14-CV-10027 (VEC)

           -against-                     ORDER

O'ROURKE MARINE SERVICES L.P., L.L.P.,
O.W. BUNKER GERMANY GMBH, O.W.
BUNKER USA, INC., ING BANK N.V.,

                  Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 2, 2020, the parties informed the Court that they had reached a settlement in principle in this matter, Dkt. 213;

    WHEREAS on December 2, 2020, the Court ordered the parties to inform the Court, by no later than Friday, February 5, 2021, to whom a check should be made payable and to what address it should be sent, Dkt. 214; and

    WHEREAS the parties have not complied with this Order;

    IT IS HEREBY ORDERED that by no later than **Friday, March 5, 2021**, the parties must either file a stipulation including to whom the check should be made payable and to what address it should be sent, or file a joint letter updating the Court about the status of this matter.

**SO ORDERED.**

Date:  February 20, 2021
         New York, New York

                                         **VALERIE CAPRONI**
                                         **United States District Judge**