USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                          :

HAPAG-LLOYD AKTIENGESELLSCHAFT,    :

                                     Plaintiff,    :    14-CV-10027 (VEC)

             -against-                  :    <u>ORDER</u>

O'ROURKE MARINE SERVICES L.P., L.L.P.,  :
O.W. BUNKER GERMANY GMBH, O.W.
BUNKER USA, INC., ING BANK N.V.,       :

                                Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 2, 2020, the parties informed the Court that they had reached a settlement in principle in this matter, Dkt. 213;

       WHEREAS on March 26, 2021, the Court granted the parties' request to adjourn the deadline to file a status update in this matter to April 16, 2021, Dkt. 221; and

       WHEREAS the parties have not filed the status update;

       IT IS HEREBY ORDERED that the parties must file a status update in this matter by no later than **Friday, April 30, 2021**.

**SO ORDERED.**

**Date: April 26, 2021**
**New York, NY**

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**